## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Oji Konata Markham

Plaintiff(s),

vs.

Case No.  24-cv-1694 (JMB/ECW)
(To be assigned by Clerk of District Court)

Hennepin County Clerk Office

DEMAND FOR JURY TRIAL

YES [X]    NO [ ]

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

**RECEIVED**

MAY 0 9 2024

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

### COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff

    Name  Oji K. Markham
    Street Address  1918 Park Ave S.
    County, City  Mpls MN 55404
    State & Zip Code  MN, 55404
    Telephone Number  612 601 4199

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name  Hennepin County Clerk office /Sara Gonsalves

      Street Address  300 S. 6th Street,

      County, City  Hennepin, Minneapolis

      State & Zip Code  MN 55404

   b. Defendant No. 2

      Name

      Street Address

      County, City

      State & Zip Code

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached:☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Question          [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name:                          State of Citizenship:

Defendant No. 1:                         State of Citizenship:

Defendant No. 2:                         State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

[X] Defendant(s) reside in Minnesota   [X] Facts alleged below primarily occurred in Minnesota

[ ] Other: explain

STATEMENT OF THE CLAIM    *SEE Attached Statement of the Claim 2 of 2*

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7. Under USC§2041 & USC §2076

under USC §1983

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: 2
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Im, Plaintiff Seeking $30, Million

4

# STATEMENT OF THE CLAIM

On April 19, 2024, and from the April 19, 2024, zoom hearing, I found out that the Hennepin County Conciliation Clerk did not file none of Plaintiff's exhibits that supported his small claim case.

On April 19, 2024, during Plaintiff's zoom hearing i ask the honorable J. Brown did he see any my exhibits on record and he stated he didn't. Plaintiff, stated he file several documents supporting his claim on:

**First,** Plaintiff filed an, *"Plaintiff's Statement of Claim*, on November 2, 2023,"* had a hearing on March 26, 2024, and won by default.

**Second**, Plaintiff, filed a letter to the Honorable Judge Bemoss, dismissing the *"Traffic Ticket,"* which was associate with the small claim case, with exhibits of a copy of the ticket.

**Third**, Plaintiff file an, *"Motion to Dismiss Request to Vacate Order for Judgement and Grant New Trial,"* on April 8, 2024, the motion to the evidence that came up missing to. Evidence the clerk seen me take pictures of after she bate stamp it for me, which case # 27-co-23-6627 is still active.

Plaintiff stated to the judge before the zoom call ended on April 19, 2024, that he was on his way to the Hennepin County Conciliation Clerk office to see what happen to his documents that was filed April 8, 2024.

Plaintiff made it to the Hennepin County Conciliation Clerk office and talk to a County Clerk officer name (Tracy) who gave me (Susan) name but refuse to give me a last name to the clerk who has been mishandling my documents. According to Hennepin County law, rules, policies, they are not allow to give out their last name that's public information, which who's part of government official.

1

Oji K. Markham

Plaintiff did a follow up Monday on April 22, 2024, came in personal and talk with (Tracy) the clerk who also refuse to give me a last name. Plaintiff, then request to speak with the supervisor, for some reason they could not find her even though she was in the office that day. Then I ask (Tracy) what's her supervisor name. She gave me (Melissa), no last name. Then I ask what's a good number to reach her supervisor the clerk refuse to give me that public information, I guess I'm assuming Melissa last name would be on her office phone and did not want me to have it.

Plaintiff also did some more follow up to see I can talk to someone in charge, but all Plaintiff was getting broken promise from (Tracy) that someone would call back. Plaintiff also left several messages for someone to call back. I initiated a phone call, Tuesday on April 23, and Wednesday April 24, 2024 and not one soul reach out to tell me where did my documents went. Cost me my small court claim. Now we here.

May ___9___, 2024

Respectfully Submitted,

1918 Park Ave. S.

Minneapolis, MN. 55404

2

Oji K. Markham

Signed this 9 day of May 2024

Signature of Plaintiff _Oji Markham_____

Mailing Address 1918 Park Ave St.
Mpls, Mn 55404

Telephone Number 612 601-4199

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5